IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAMONT D. WALKER,

    Plaintiff,

  v.

BURTON COX, GARY BOUGHTON,
SONYA ANDERSON, ANGELA MCCLEAN,
KELSEY LUNDE, BETH EDGE,
MICHAEL SHERMAN, AND
JOLINDA WATERMAN,

    Defendants.

Case No. 15-cv-293-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/25/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |